**Order entered March 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01503-CV

**STEPHEN W. CLARK, Appellant**

**V.**

**DILLARD'S INC. AND THE CAMPBELL AGENCY, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12848**

## ORDER

We **GRANT** appellant's March 13, 2014 second motion to extend time to file brief and

**ORDER** the brief be filed no later than March 24, 2014.  Appellant is cautioned that no further

extensions will be granted absent exigent circumstances.


/s/      ELIZABETH LANG-MIERS
JUSTICE